UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTORIA L. NELSON,<br><br>  Plaintiff,<br>v.<br>JAMES W. PENGILLY, et al.,<br><br>  Defendants. | Case No. 2:15-cv-01307-JAD-PAL<br><br>ORDER |

Before the court is the Ex Parte Motion for Entry of Order Authorizing Deposit of Funds Into Registry of Court (Dkt. #9) which was filed ex parte, under seal and without proof of service on the opposing or other parties. The Affidavit (Dkt. #10) supporting the motion was not filed under seal and there is no request or apparent reason why the motion was filed under seal. Accordingly,

**IT IS ORDERED** that:

1. Plaintiff shall serve the motion on the opposing parties and any party with an interest in the proceeds at issue, and file a proof of service.
2. A hearing on the Motion for Entry of Order Authorizing Deposit of Funds Into Registry of Court (Dkt. #9) is scheduled for **September 24, 2015, at 10:00 a.m., in Courtroom 3B.**
3. The Clerk of Court shall unseal the sealed ex parte motion (Dkt. # 9 ).

DATED this 20th day of July, 2015.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE