UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| VICTORIA L. NELSON, | Case No. 2:15-cv-01307-JAD-PAL |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING A SETTLEMENT CONFERENCE** |
| JAMES W. PENGILLY, et al., | |
| Defendants. | |

Currently before the court is the United States of America's Motion to Reschedule Settlement Conference (ECF No. 43). No response to the motion was filed and the deadline to do so has now expired. Having reviewed and considered the matter,

**IT IS ORDERED**:

1. The United States of America's Motion to Reschedule Settlement Conference (ECF No. ) is **GRANTED**. The settlement conference currently scheduled for July 5, 2017, is **VACATED** and **CONTINUED** to **9:30 a.m., August 29, 2017,** before the Honorable Peggy A. Leen in Chambers, Room 3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. Confidential settlement statements shall be received in Chambers, Room 3071, no later than **4:00 p.m., August 22, 2017**.

3. All other instructions within the original Order Scheduling Settlement Conference (ECF No. 42) shall remain in effect.

Dated this 20th day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE