RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6484 (v)
202-307-0054 (f)
Virginiacronan.lowe@usdoj.gov

Of Counsel:
DAYLE ELIESON
United States Attorney
District of Nevada

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA L. NELSON, TRUSTEE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES W. PENGILLY, ) <br> JAMES W. PENGILLY, P.C., and ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) <br> ———————————————— ) | Case No. 2:15-cv-01307-JAD-PAL <br><br> Stipulation and Order for Distribution of Funds and Dismissal of Case <br><br><br> ECF No. 50 |

The defendants, the United States of America, James W. Pengilly, and James W. Pengilly, P.C., by and through the undersigned counsel, hereby stipulate as follows[1]:

---

[1] The plaintiff was dismissed from the action by Order dated November 15, 2015 (Doc 31).

1

1. A settlement conference was conducted by Magistrate Judge Leen in this matter on August 29, 2017. Following the settlement conference, James W. Pengilly filed his federal income tax returns for the years 2013, 2014, 2015 and 2016. In addition, Mr. Pengilly submitted amended federal income tax returns for tax years 2008 and 2011 to the Internal Revenue Service for review.

2. The amended federal income tax returns for years 2008 and 2011 have been accepted by the Internal Revenue Service.

3. The amount on deposit with the Court in the amount of $230,000 may be distributed to the United States for payment towards James W. Pengilly's federal income tax liabilities for the years 2009, 2011, 2013, 2014 and 2016.

4. This action may be dismissed with prejudice.

Respectfully submitted this 6th day of March, 2018.

RICHARD E. ZUCKERMAN
Acting Assistant Attorney General

*/S/ Virginia Cronan Lowe*
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

Of Counsel:
DAYLE ELIESON
United States Attorney

*Counsel for the United States*

*/s/ James W. Pengilly*
JAMES W. PENGILLY
PENGILLY LAW FIRM
1995 Village Center Circle
Las Vegas, NV 89134

*Counsel for Defendants James W. Pengilly and James W. Pengilly, P.C.*

**ORDER**

Based on the parties' stipulation [ECF No. 50] and good cause appearing, IT IS HEREBY ORDERED that **this action is dismissed with prejudice**. The Clerk of Court is directed to distribute the interpled funds on deposit in the court registry in this case to the United States in a check made payable to: U.S. Department of Justice and mailed to the U.S. Department of Justice, Attn: William E. Thompson, P.O. Box 310, Ben Franklin Station, Washington, D.C., 20044, and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
3-6-18